his hills and rocks and dales, breathing the air of liberty, rather than to be sent by his state to Kilby, where he will have a room with running water, clean clothes, and a bath three times a week, hospital care, with medical services, free medicine, and nurse's attention, and at the end of one year a new suit of clothes and a ticket back home. Is it love of freedom, or ignorance? This court does not know, but the judgment must be affirmed.

Affirmed.

■

(125 So. 923)

**Charlie JORDAN v. STATE. (7 Div. 576.)**

Court of Appeals of Alabama. Jan. 21, 1930.

BRICKEN, P. J. Appeal dismissed.

■

(125 So. 923)

**Ola JORDAN v. STATE. (6 Div. 667.)**

Court of Appeals of Alabama. Dec. 10, 1929.

SAMFORD, J. Affirmed.

(124 So. 922)

**J. C. JUNKINS v. GULF COAST PRODUCE EXCHANGE. (1 Div. 867.)**

Court of Appeals of Alabama. Nov. 14, 1929.

PER CURIAM. Appeal dismissed for want of prosecution.

■

(125 So. 923)

**Charles V. KEEDY v. STATE. (6 Div. 673.)**

Court of Appeals of Alabama. Dec. 10, 1929.

RICE, J. Affirmed.

■

(124 So. 922)

**Arthur KELLEY and Lon Weaver v. STATE. (4 Div. 559.)**

Court of Appeals of Alabama. Nov. 26, 1929.

E. O. Baldwin, of Andalusia, for appellant. Charlie C. McCall, Atty. Gen., for the State.

RICE, J. Affirmed.

■

(125 So. 923)

**Marvin KELLEY v. STATE. (7 Div. 610.)**

Court of Appeals of Alabama. Jan. 21, 1930.

BRICKEN, P. J. Appeal dismissed.

■

(125 So. 923)

**Sam KELLEY v. STATE. (6 Div. 666.)**

Court of Appeals of Alabama. Dec. 17, 1929.

BRICKEN, P. J. This appeal is from a judgment of conviction for the offense of violating the prohibition laws. It is predicated upon the record proper. No bill of exceptions. The record appears regular in all things. As no error is apparent, the judgment aforesaid will stand affirmed.

Affirmed

■

(124 So. 923)

**Dozier KENDALL v. STATE. (4 Div. 561.)**

Court of Appeals of Alabama. Nov. 12, 1929.

SAMFORD, J. Affirmed.